# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SUN DISTRIBUTING COMPANY, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv2020-LAB (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 8]** |

The parties' Joint Motion to Dismiss is **GRANTED**. Dkt. 8. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: April 22, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Hon. Larry Alan Burns**
　　　　　　　　　　　　　　　　　　Chief United States District Judge